**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 228 WAL 2023

          Respondent                    :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

          v.                        :

                                  :

CHARLES WILLIAMS,                 :

                   :

          Petitioner                :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.